FORM OBD-34
SEP 1978

No. 93-12-Cr-Orl-19(S1)

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

ORLANDO Division

## THE UNITED STATES OF AMERICA

vs.

GARY L. SETTLE

## INDICTMENT

Viol.: 18 USC 371
      18 USC 2113(a) and (d)
      18 USC 924(c)(1)
      18 USC 2

A true bill,

*Bernard Davis*
Foreman.

Filed in open court this 18th day of March, A.D. 19 93

*Helyn S. LaTorre*
Clerk.

Bail, $ _____

GPO 863 525

GJ# 92-2-59

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

GARY L. SETTLE

Case No. 93-12-Cr-Orl-19(S1)
18 U.S.C. § 371
18 U.S.C. §§ 2113(a) and (d)
18 U.S.C. § 924(c)(1)
18 U.S.C. § 2

The Grand Jury charges:

## COUNT ONE

1. Between on or about September 6, 1990, and on or about September 8, 1992, in Volusia, Seminole, Orange, and Lake Counties, Florida, in the Middle District of Florida, and elsewhere,

GARY L. SETTLE

the defendant, knowingly, wilfully, and unlawfully combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury to commit offenses against the United States, to wit: to commit bank robberies with a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

### Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the defendant committed the following overt acts, among others, in the Middle District of Florida:

2. Counts Two through Twenty-one of this Indictment are alleged in full and incorporated by reference as overt acts to Count One.

3. On or about June 4, 1992, Gary L. Settle and others committed an armed robbery of John C. Kennedy at 5990 Hibiscus Road, Orlando, Orange County, Florida.

35

4. In August and September, 1992, Gary L. Settle and others planned and discussed the robbery of SunBank, 5775 Red Bug Lake Road, Casselberry, Seminole County, Florida.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about September 6, 1990, in Volusia County, Florida, in the Middle District of Florida,

### GARY L. SETTLE

the defendant, knowingly, wilfully, unlawfully, and by force and violence and intimidation, attempted to take from the person and presence of employees of NCNB National Bank certain property and money, to wit: United States currency belonging to and in the care, custody, control, and possession of NCNB National Bank, 150 South U. S. Highway 17-92, DeBary, Florida, which was a bank whose deposits were then and there insured by the Federal Deposit Insurance Corporation; and in the course of committing this attempted robbery, Gary L. Settle assaulted and put in jeopardy the lives of these bank employees by the use of a dangerous weapon and device, to wit: a handgun.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNTS THREE THROUGH ELEVEN

On or about the dates indicated below, in the counties indicated below, in the Middle District of Florida,

### GARY L. SETTLE

2

the defendant, knowingly, wilfully, unlawfully, and by force and violence and intimidation, took from the person and presence of employees of the banks indicated below, certain property and money, to wit: U.S. currency in the approximate amounts as indicated below, belonging to and in the care, custody, control, and possession of the banks indicated below, which were banks whose deposits were then and there insured by the Federal Deposit Insurance Corporation; and in the course of committing these robberies, GARY L. SETTLE assaulted and put in jeopardy the lives of these bank employees by the use of a dangerous weapon and device, to wit: a handgun.

| Count | Date | Bank | Approximate Amount |
|---|---|---|---|
| Three | 09/18/90 | NCNB National Bank<br>150 South U.S. Highway 17-92<br>DeBary, Florida<br>Volusia County | $42,634.00 |
| Four | 01/23/91 | SouthTrust Bank<br>5065 N. Highway 17<br>Deleon Springs, Florida<br>Volusia County | $ 6,182.98 |
| Five | 03/20/91 | NCNB National Bank<br>150 South U.S. Highway 17-92<br>DeBary, Florida<br>Volusia County | $48,915.10 |
| Six | 10/01/91 | NCNB National Bank<br>1241 Normandy Boulevard<br>Deltona, Florida<br>Volusia County | $16,563.85 |
| Seven | 11/26/91 | Barnett Bank of Volusia County<br>12 North U.S. Highway 17-92<br>DeBary, Florida<br>Volusia County | $ 7,327.09 |

| Count | Date | Bank | Approximate Amount |
|---|---|---|---|
| Eight | 01/03/92 | NCNB National Bank<br>1241 Normandy Boulevard<br>Deltona, Florida<br>Volusia County | $12,770.00 |
| Nine | 02/25/92 | Barnett Bank of Volusia County<br>3101 North Woodland Blvd.<br>DeLand, Florida<br>Volusia County | $19,939.49 |
| Ten | 04/29/92 | Seminole National Bank<br>1780 Airport Boulevard<br>Sanford, Florida<br>Seminole County | $18,866.00 |
| Eleven | 06/22/92 | Barnett Bank of Lake County<br>481 U.S. Highway 441<br>Lady Lake, Florida<br>Lake County | $16,684.00 |

All in violation of Title 18, United States Code, Sections 2113(a) and (d), and 2.

### COUNTS TWELVE THROUGH TWENTY-ONE

On or about each date indicated below, in the counties indicated below, in the Middle District of Florida,

### GARY L. SETTLE

the defendant, knowingly and unlawfully used and carried a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the bank robbery offenses charged in Counts Two through Eleven of this indictment, which counts are incorporated by reference as though fully set forth herein, as follows:

4

| Count | Date | County | Incorporated Count Describing the Crime of Violence |
|---|---|---|---|
| Twelve | 09/06/90 | Volusia | Two |
| Thirteen | 09/18/90 | Volusia | Three |
| Fourteen | 01/23/91 | Volusia | Four |
| Fifteen | 03/20/91 | Volusia | Five |
| Sixteen | 10/01/91 | Volusia | Six |
| Seventeen | 11/26/91 | Volusia | Seven |
| Eighteen | 01/03/92 | Volusia | Eight |
| Nineteen | 02/25/92 | Volusia | Nine |
| Twenty | 04/29/92 | Seminole | Ten |
| Twenty-one | 06/22/92 | Lake | Eleven |

All in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL,

*[signature]*
FOREMAN

ROBERT W. GENZMAN
United States Attorney

By *[signature]*
Bruce Hinshelwood
Assistant United States Attorney

By *[signature]*
Roberto Moreno
Managing Assistant U.S. Attorney