AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court

MIDDLE District of FLORIDA
Orlando Division

93 SEP 17 PM 12: 27

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| GARY L. SETTLE | Case Number: 93-12 Cr-Orl-19 |
| (Name of Defendant) | F. Wesley Blankner, Jr., Esq. (Retained) |
| | Defendant's Attorney |

MFILM ROLL # 83
DOCUMENT # 0126

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____.
☒ was found guilty on count(s) 1,2,3,4,5,6,8,9,10,11,12,13,14,15,16,18,19,20 and 21 after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 371 | Conspiracy to commit bank robbery w/firearm. | 09-08-92 | One |
| 18 USC 2113(a)&(d) | Attempt to commit armed bank robbery. | 09-06-90 | Two |
| 18 USC 2113(a)&(d) | Armed Bank Robbery. | 06-22-92 | 3, 4, 5, 6, 8, 9, 10 & 11. |
| 18 USC 2 | | | |
| 18 USC 924(c)(1) | Using and carrying a firearm during and in relation to a crime of violence. | 06-22-92 | 12, 13, 14, 15, 16, 18, 19, 20 & 21. |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) Seven and Seventeen of Superseding Indictment and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☒ It is ordered that the defendant shall pay a special assessment of $ 950.00 , for count(s) 1,2,3,4,5,6,8,9,10,11,12,13,14,15,16 , which shall be due ☒ immediately. ~~as follows:~~
18,19,20 and 21 of Superseding Indictment

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 03-18-66

Defendant's Mailing Address:
Lake County Department of Corrections
551 West Main St., Tavares, FL 32778

Defendant's Residence Address:
Same as above.

August 30th, 1993
Date of Imposition of Sentence

Signature of Judicial Officer

PATRICIA C. FAWSETT, US District Judge
Name & Title of Judicial Officer

September 16, 1993
Date

Defendant: GARY L. SETTLE
Case Number: 93-12 Cr-Orl-19

Judgment—Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  SIXTY (60) MONTHS on Count One of the Superseding Indictment; ONE HUNDRED FORTY-SEVEN (147) MONTHS on Counts Two, Three, Four, Five, Six, Eight, Nine, Ten and Eleven of the Superseding Indictment, to be served concurrently with each other and concurrently with the sentence imposed with respect to Count One; FIVE (5) YEARS on Count Twelve of the Superseding Indictment, to be served consecutively to the sentence imposed with respect to Counts One, Two, Three, Four, Five, Six, Eight, Nine, Ten and Eleven of the Superseding Indictment; TWENTY (20) YEARS on each of Counts Thirteen, Fourteen, Fifteen, Sixteen, Eighteen, Nineteen, Twenty and Twenty-one of the Superseding Indictment, to be served consecutively to each other and consecutively to the sentences imposed with respect to Counts One, Two, Three, Four, Five, Six, Eight, Nine, Ten, Eleven and Twelve of the Superseding Indictment for a total sentence of imprisonment of TWO THOUSAND ONE HUNDRED AND TWENTY-SEVEN (2,127) MONTHS.

[xx] The court makes the following recommendations to the Bureau of Prisons:  It is requested but not required that the defendant be incarcerated where he may receive treatment for substance abuse.

[XX] The defendant is remanded to the custody of the United States marshal.
[ ] The defendant shall surrender to the United States marshal for this district,
  [ ] at _____ a.m./p.m. on _____.
  [ ] as notified by the United States marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States marshal.
  [ ] as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
    Deputy Marshal

Defendant   GARY L. SETTLE                                   Judgment -- Page   3   of   5
Case Number: 93-12 Cr-Or1-19

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ___ THREE (3) YEARS on Counts 1, 12, 13, 14, 15, 16, 18, 19, 20 & 21 and placed on Supervised Release for a term of FIVE (5) YEARS on Counts 2, 3, 4, 5, 6, 8, 9, 10 & 11 all to be ___. served concurrently.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

(1) Defendant is prohibited from possessing firearms or other dangerous weapons.
(2) Defendant shall provide urine samples for drug testing at the request of the US Probation Office.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: **GARY L. SETTLE**
Case Number: **93-12 Cr-Orl-19**

Judgment—Page __4(a)__ of __5__

## RESTITUTION AND FORFEITURE

### RESTITUTION

☒ The defendant shall make restitution to the following persons in the following amounts:

| **Name of Payee** | **Amount of Restitution** |
|---|---|
| Nations Bank (Formerly NCNB)<br>Area Administration Office<br>250 North Orange Avenue<br>Orlando, FL 32801<br>ATTN: Shyera Slaughter | $121,551.85 |
| Southtrust Bank of Volusia County<br>Post Office Box 3760<br>DeLand, FL 32720 | $ 6,182.98 |

Payments of restitution are to be made to:

☐ the United States Attorney for transfer to the payee(s).

☒ the payee(s).

Restitution shall be paid:

☐ in full immediately.

☐ in full not later than _____.

☐ in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

☒ in installments according to the following schedule of payments: **devised by the supervising probation officer.**

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

☐ The defendant is ordered to forfeit the following property to the United States:

## RESTITUTION AND FORFEITURE

### RESTITUTION

[XX] The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| Barnett Bank of Volusia County<br>230 North Woodland Blvd.<br>DeLand, FL 32720<br>ATTN: Beverly Ross | $19,939.49 |
| Seminole National Bank<br>1780 West Airport Blvd.<br>Sanford, FL 32771 | $18,866.00 |
| Barnett Bank of Lake County<br>901 North Highway 441<br>Lady Lake, FL 32159 | $16,684.00 |

Payments of restitution are to be made to:

[ ] the United States Attorney for transfer to the payee(s).

[XX] the payee(s).

Restitution shall be paid:

[ ] in full immediately.

[ ] in full not later than _____.

[ ] in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

[XX] in installments according to the following schedule of payments: devised by the supervising probation officer.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

[ ] The defendant is ordered to forfeit the following property to the United States:

Defendant: **GARY L. SETTLE**
Case Number: 93-12 Cr-Orl-19

Judgment—Page __4(c)__ of __5__

## RESTITUTION AND FORFEITURE

### RESTITUTION

**XX** The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| Harry Layburn<br>685 Ashland Court<br>Deltona, FL 32725 | $100.00 |
| State Farm Insurance Company<br>101 Executive Circle<br>Daytona Beach, FL 32114<br>RE: Claim #108288007 | $171.22 |
| Allstate Insurance Company<br>809 North Woodland Blvd.<br>DeLand, FL 32720 | $373.14 |
| TOTAL RESTITUTION = | $183,868.68 |

Payments of restitution are to be made to:

☐ the United States Attorney for transfer to the payee(s).

**XX** the payee(s).

Restitution shall be paid:

☐ in full immediately.

☐ in full not later than _____.

☐ in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

**XX** in installments according to the ~~following~~ schedule of payments: **devised by the supervising probation officer.**

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

☐ The defendant is ordered to forfeit the following property to the United States: